1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              No. CR 08-0616 CRB

12            Plaintiff,                    ORDER DENYING CERTIFICATE OF
                                           APPEALABILITY
13       v.

14   JORGE GUTIERREZ-OLIVAREZ,

15            Defendant.
                                        /
16

17          This case has been remanded to this Court for the limited purpose of granting or

18   denying a certificate of appealability.  The Court hereby DENIES a certificate of

19   appealability because Petitioner has not made "a substantial showing of the denial of a

20   constitutional right."  See 28 U.S.C. §  2253(c)(2).  The Court concluded that the petition was

21   procedurally barred, see Order (dkt. 64), and Petitioner has not demonstrated that "reasonable

22   jurists would find the district court's assessment of the constitutional claims debatable or

23   wrong."  See Slack v. McDaniel, 529 U.S. 473, 484 (2000).

24          **IT IS SO ORDERED.**

25

26

27   Dated: March 8, 2015            _____
                                     CHARLES  R. BREYER
28                                   UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California